1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7  KIRSHA BROWN-YOUNGER,                       )
                                               )       Case No. 2:11-cv-00554-KJD-PAL
8                              Plaintiff,       )
                                               )            **ORDER**
9  vs.                                         )
                                               )        (IFP App - Dkt. #1)
10  ROBERT MOSER, et al.,                      )
                                               )
11                                             )
                               Defendant.      )
12  _____)

13
14          This matter is before the court on Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt.
15  #1).  Plaintiff is proceeding in this action *pro se*, has requested authority pursuant to 28 U.S.C. § 1915
16  to proceed *in forma pauperis,* and submitted a Complaint (Dkt. #1).  This proceeding was referred to
17  this court by Local Rule IB 1-9.
18          Plaintiff has submitted an incomplete Application to Proceed *In Forma Pauperis.*  Plaintiff has
19  not responded to questions 1, 2, or 5; and she has not responded fully to questions 3, 7, or 8.  Plaintiff
20  has not provided a response to questions 3(a)-(c) or 3(e)-(f).  With regard to question 7, she has not
21  stated how much she contributes to her son's support, and regarding question 8, she has not described
22  the amounts owed or stated to whom they are owed.  As a result, the court cannot determine whether
23  Plaintiff qualifies to proceed *in forma pauperis*, and her Application will be denied without prejudice.
24  The Clerk of Court shall retain the Complaint.
25          Accordingly,
26          **IT IS ORDERED**:
27          1.      Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. #1) is DENIED WITHOUT
28                  PREJUDICE.  The Clerk of Court shall mail Plaintiff a blank application, and Plaintiff

shall have until **September 22, 2011,** in which to submit the completed application or pay the $350.00 filing fee.  Failure to comply with this order will result in a recommendation to the district judge for dismissal.

2.       The Clerk of Court shall retain Plaintiff's Complaint.

Dated this 22nd day of August, 2011.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2