# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KIRSHA BROWN-YOUNGER,

    Plaintiff,

v.

ROBERT MOSEN, *et al.*,

    Defendants.

Case No. 2:11-CV-554-KJD-PAL

**ORDER**

        Presently before the Court is the Report of Findings and Recommendation (#29) of Magistrate Judge Peggy A. Leen recommending that Plaintiff's complaint be dismissed for failure to comply with the magistrate's Order (#27) and failure to assert a cognizable claim under the Fair Housing Act. In the magistrate's initial screening order (#27), the magistrate dismissed Plaintiff's complaint, but gave her leave to amend. The subsequent report and recommendation (#29) recognizes that Plaintiff failed to file an amended complaint or to otherwise respond to the Court's order. Though the time for doing so has passed, no objections to the magistrate judge's report of findings and recommendations have been filed. The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court finds that the Report of Findings and Recommendation (#29) of the United States Magistrate Judge entered November 1, 2011, should be adopted and affirmed.

1    IT IS THEREFORE ORDERED that the Report of Findings and Recommendation (#29) of
2 the United States Magistrate Judge entered November 1, 2011, is **ADOPTED** and **AFFIRMED**;
3    IT IS FURTHER ORDERED that Plaintiff's complaint is **DISMISSED with prejudice for**
4 **failure to comply with the Court's Screening Order (#27) and failure to assert a cognizable**
5 **claim under the Fair Housing Act.**
6    DATED this 3rd day of January 2012.

```
                                    _____
                                    Kent J. Dawson
                                    United States District Judge
```